**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
LATIFF THOMPSON,

                         Plaintiff,

           -against-                        18 **CIVIL** 4105 (PAC)

                                                      **JUDGMENT**

CITY OF NEW YORK, KAHLA CADORE
(in an official and individual capacity); SIWY
MADE (in an official and individual capacity);
and GENE PARK (in an official and individual
capacity).

                         Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated May 1, 2020, Defendants' motion to dismiss is granted;

accordingly, the case is closed.

**Dated:**  New York, New York

      May 4, 2020

                                      **RUBY J. KRAJICK**
                            _____
                                      Clerk of Court
                **BY:**

                                      Deputy Clerk